# Proposed Report of Distribution

## Case: 08-51973    RADCLIFF, FRANKLIN D

Report Includes ONLY Claims with a Proposed Distribution

FILED 2011 MAR 23 PM 2:46 US BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

| Case Balance: | $1,238.99 | Total Proposed Payment: | $1,238.99 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 7 | US BANK / RETAIL PAYMENT SOLUTIONS | Unsecured | 3,209.77 | 3,209.77 | 56.60 | 3,153.17 | 5.38 | 1,233.61 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 8 | US BANK / RETAIL PAYMENT SOLUTIONS | Unsecured | 24,775.88 | 24,775.88 | 436.91 | 24,338.97 | 41.51 | 1,192.10 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 9 | CAPITAL RECOVERY II | Unsecured | 873.74 | 873.74 | 15.41 | 858.33 | (1.46) | 1,190.64 |
| | Claim Memo: REVIEWED CLAIM. DEBT SCHEDULED AS GE MONEY BANK. | | | | | | | |
| 11 | FORD MOTOR CREDIT COMPANY | Unsecured | 7,795.29 | 7,795.29 | 137.46 | 7,657.83 | 13.07 | 1,177.57 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 12 | VERIZON NORTH INC. | Unsecured | 290.75 | 290.75 | 5.13 | 285.62 | (0.48) | 1,177.09 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 13 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | Unsecured | 8,289.40 | 8,289.40 | 146.18 | 8,143.22 | 13.89 | 1,163.20 |
| | Claim Memo: REVIEWED CLAIM. DEBT SCHEDULED AS SEARS. | | | | | | | |
| 14 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | Unsecured | 26,757.18 | 26,757.18 | 471.84 | 26,285.34 | 44.84 | 1,118.36 |
| | Claim Memo: REVIEWED CLAIM. DEBT SCHEDULED AS AT&T. | | | | | | | |
| 16 | DISCOVER BANK/DFS SERVICES LLC | Unsecured | 5,561.39 | 5,561.39 | 98.07 | 5,463.32 | 9.32 | 1,109.04 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 17 | SG USA, LTD | Unsecured | 583,487.98 | 583,487.98 | 10,289.41 | 573,198.57 | 977.70 | 131.34 |
| | Claim Memo: REVIEWED CLAIM. DEBT LISTED AS SOUTHGATE. SCHEDULED AMOUNT UNKNOWN. | | | | | | | |
| 18 | FIA CARD SERVICES NA | Unsecured | 41,523.54 | 41,523.54 | 732.24 | 40,791.30 | 69.58 | 61.76 |
| | Claim Memo: REVIEWED CLAIM. DEBT SCHEDULED AS BANK OF AMERICA. | | | | | | | |
| 19 | CHASE BANK USA, NA | Unsecured | 36,857.84 | 36,857.84 | 649.96 | 36,207.88 | 61.76 | 0.00 |
| | Claim Memo: REVIEWED CLAIM. AMENDS CLAIM 4-2. | | | | | | | |
| **SUBTOTAL FOR UNSECURED** | | | **739,422.76** | **739,422.76** | **13,039.21** | **726,383.55** | **1,238.99** | |

*Handwritten:* $1.94 / ck # 10125 / receipt # 82240